UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re : Jackie M. Cooper,

CASE NO.: 3: 17-04300-PMG
Chapter 13

Debtor.

_____/

## DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE

Debtor moves this Court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b) and states the following:

1. The above-entitled case was commenced by the filing of a voluntary petition under Chapter 13 on December 19, 2017.

2. Debtor can no longer make the requisite bankruptcy plan payments and has decided to seek options outside of bankruptcy to restructure the mortgage payments.

3. For the reasons stated herein, Debtor requests that this case be dismissed.

WHEREFORE, Debtor respectfully request this Court to enter an Order dismissing the above-entitled case, and for such other and further relief this court deems just and proper.

Dated:  December 4, 2018

RESPECTFULLY SUBMITTED,

/s/ India Footman
India Footman, Esq.
Footman Law Firm, P.A.
1695 Metropolitan Circle, Suite 3
Tallahassee, FL 32308
Phone: (850) 597-7396
Fax: (850) 888-8819
Fla. Bar No. 105905

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was served by the Court via NEF and U.S. First Class mail on December 4, 2018 to the following persons at the email addresses noted herein:

Douglas W. Neway
court@ch13jaxfl.com

United States Trustee
USTP.Region21.OR.ECF@usdoj.gov

Attached matrix

                        RESPECTFULLY SUBMITTED,

/s/ India Footman
India Footman, Esq.
Footman Law Firm, P.A.
1695 Metropolitan Circle, Suite 3
Tallahassee, FL 32308
Phone: (850) 597-7396
Fax: (850) 888-8819
Fla. Bar No. 105905

Label Matrix for local noticing  
13A-3  
Case 3:17-bk-04300-PMG  
Middle District of Florida  
Jacksonville  
Tue Dec  4 11:32:41 EST 2018

Case 3:17-bk-04300-PMG Doc 30 Filed 12/04/18

United States Trustee  
Office of the United States Trustee  
George C Young Federal Building  
400 West Washington Street, Suite 1100  
Orlando, FL 32801-2210

WELLS FARGO BANK, N.A.  
1 HOME CAMPUS  
MAC X2303-01A  
DES MOINES, IA 50328-0001

BSI Financial Services  
PO Box 517 314 S. Franklin St  
Titusville, PA 16354-0517

(p)CHOICE RECOVERY INC  
1550 OLD HENDERSON ROAD  
STE 100  
COLUMBUS OH 43220-3662

Clay County Tax Collector  
Post Office Box 218  
Green Cove Springs FL 32043-0218

Florida Dept. of Revenue  
Bankruptcy Unit  
P.O. Box 6668  
Tallahassee, FL 32314-6668

Internal Revenue Service  
PO Box 7346  
Philadelphia, PA  19101-7346

Maria Eva-Veronica Kwak  
4919 Memorial Hiwy, Ste 200  
Tampa, FL 33634-7500

Quicken Loans  
1050 Woodward Ave  
Detroit, MI 48226-1906

United States Attorney  
300 North Hogan St Suite 700  
Jacksonville, FL 32202-4204

Wells Fargo Bank  
PO Box 31557  
Billings, MT 59107-1557

Wells Fargo Bank N.A  
1 Home Campus  X2303-01A  
Des Moines IA 50328-0001

Wilmington Savings Fund Society, FSB  
c/o BSI Financial Services  
314 S Franklin St., P.O. Box 517  
Titusville PA 16354-0517

Douglas W Neway  
Post Office Box 4308  
Jacksonville, FL 32201-4308

India N Footman  
Footman Law Firm, P.A.  
1695 Metropolitan Circle  
Suite 3  
Tallahassee, FL 32308-8722

Jackie M. Cooper  
P.O. Box 603  
Middleburg, FL 32050-0603

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Choice Recovery  
P.O. Box 20790  
Columbus, OH 43220

(d)Choice recovery  
1550 Old Henderson Road St.  
Columbus, OH 43220

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wilmington Savings Fund Society, FSB d/b/a

End of Label Matrix  
Mailable recipients   16  
Bypassed recipients    1  
Total                 17